NO: 12-679

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

On appeal from the District Court WDNY-Buffalo
Case No: 11-CV-1049, Judge Skretny

Pepi Schafler, JD

　　　*Plaintiff-Appellant*

v

HSBC Bank USA, Paul J. Lawrence , President , CEO, Scott D. Miller , HSBC Tower ,
M & T Bank , Robert J. Wilmer President , Hodgson Russ LLP , Cheryl R. Storie Esq .
c/o Hodgson Russ , Phillips Lytle , LLP, Michael D. Powers

　　　*Defendants –Appellees*

# APPELLANTS  OPENING  BRIEF

Dr.Pepi Schafler, MSS, JD
10829 Brewer House Road
North Bethesda, MD 20852
Tel: 301-881-7079
Fx: 301-881-7202
dr.pepi.schafler@verizon.net

## RULE 26.1  CORPORATE   DISCLOSURE  STATEMENT

Appellee-Defendant  HSBC bank USA is a corporation whose shares are publicly traded

Appellee-Defendant M&T –Manufacturers and Traders Trust Co.. a bank , is also a

corporation whose  shares are publicly traded.

## TABLE OF CONTENTS

| | |
|---|---|
| Jurisdictional statement | 1 |
| Issues presented for review | 2 |
| Statement of the case | 3 |
| Statement of facts | 4 |
| 1.The theft | 4 |
| 2.The anatomy of grotesque protracted racketeering , fraud and deceit | 4 |
| 3, The back story of the access to the account | 5 |
| 4. The back story to the criminal conspiracy | 5 |
| 5. The cover up of the theft if Appellants funds began early | 6 |
| 6. Underestimating the depth of the Appellees criminality | 7 |
| 7. Filing the complaint | 8 |
| 8. The deception of Judge Francis | 9 |
| 9  The creation of brazen new corrupt and perjured lies by Appellee Miller Esq. | 9 |
| 10. New fraud, lies, perjury, and deceit is born | 10 |
| 11. The hearing on the motion | 11 |
| 12. Another Appeal | 11 |
| 13. The Appellees –continued their dilatory corrupt shenanigans | 12 |
| 14. Self representation | 12 |
| 15. An astonishing discovery : a brazen two decade lie, perjury , fraud and deceit | 13 |
| 16.Interests at odds: Seeking justice from a court that has been bought and paid for | 14 |
| 17. Miscreants return to the scene if their misdeeds , when enabled by corrupt courts | 15 |
| 18. The new perverted defense | 15 |
| 19. How to manipulate and prostitute an appeal shamefully | 16 |

i

20. Filing in the district court in Northern California      17

21, Appellee Powers fabricated and falsified evidence      17

22. Appellee Powers perjury and forgery qualifies as "dumb criminals " acts      18

23. Slandering the Appellant      19

24. A hearing, and Appellee Powers babbled on to fake integrity      19

25. Appellant returned to Maryland and filed a claim in State Circuit Court      20

26. Filling in the district court in Buffalo NY      20


ARGUMENT      21

THE THEFT OF APPELLANTS FUNDS      22

UCC- UNIFORM COMMERCIA CODE      23

THE VALID ORDER FRO RESTITUTION AND A TRIAL FOR DAMAGES      23

PERVASIVE AND UNIMAGINABLE PERJURY      25

THE MALIGNANT , DISRESPECTFUL, CRIMINAL PERJURY, FORGERY      29

       AND DECEIT BY M. POWERS ESQ.

THE CRIME OF PERJURY      31

OBSTRUCTION AND PERVERTING JUSTICE      32

STARE DECISIS WITH CORRUPT ATTORNEYS AND INSTITUTIONS      33

THE DISMISAL BY JUDGE SKRETNY IS INCOHERENT , INAPPLICABLE      35

       AND INCOMPREHESIBLE IN CONENT

RICO      36

APPELLANT HAS SUFFERED MAJOR FINANCIAL LOSES DUE TO THE      37

       BANK THEFT, FRAUD,AND THEIR CORRUPT LYING ATTORNEYS

CONTNUOUS OBNOXIOUS OBSTRUCTION: ONE COURTS REMEDY              37

CHAMBERS  v NASCO

THE CORRUPTION PF HSBC AND M&T BANKS OFFEND THE CONSTITUTIONS    38

COMMERCE  CLAUSE

APPELLANT WAS DENIED PROCEDURAL DUE PROCESS RIGHTS              39

CONCLUSION                                                     40

Rule 32 (a) (7) certificate of compliance                      41

Certificate of service                                         42

iii

# TABLE OF AUTHORITIES

United States Constitution: Article 1 Sec 8 — 38

United States Constitution  Fifth and Fourteenth Amendment — 39

Board of Regents v Roth ,408 US 364 — 39

Capperton  v Massey US Supreme Court (2010) — 14

Chambers v NASCO , 501 US 32 — 37, 38

Exon Mobil Corp et al v Saudi Basic Industries Corp.544 US 280 (2005) — 24, 28, 36

Financial Times , August 1, 2012 by Patrick Jordan — 22

Full Faith and Credit Act 28 U.S.C. #1738 , originally enacted in 1790
Ch 11, Stat1, 122 — 24

Goldberg v Kelly , 397 US 254 — 39

Hazel –Atlas Glass Co. v Hartford-EmpireGlass Co, 322 US, 238 — 33

Lawyers Fund for Client Protection v Manufacturer Hanover
Trust Co. 381 NYS 2nd 133 — 23

Matsushita Elect Industrial  Co v Epstein , 516 U.S — 24

NOW v Scheidler 510 US 249 — 37

Parsons Steel In. v First Alabama Bank 474 US 518 — 24

Perry v Sinderman , 408 US 593 — 39

UCC 3-419 (a) — 23
UCC 3-116 — 23
UCC 4-406 © — 23
UCC 4-1034 — 23

RICO  -18 U.S.C.A 1961 — 36,37 40

18 U.S.C. # 1621 — 31
18 U.S.C. # 1622 — 31
18 U.S.C. # 1623 — 31
18 U.S.C. # 1991 — 31

Sarbannes-Oxley Act Pub. L 107-204, 115 Stat745 (2002)                32-

18 U.S.C. # 1503                                                        32
18 U.S.C. # 1505                                                        32
18 U.S.C. # 1519                                                        32

US  v Lopez, 514 US , 537                                              38

U.S. v Lynne Stewart  2nd Cir, Ct of App. (2009)                      32

U.S. v Throckmorton 98 US, 61                                          34

## JURISDICTION

The District Court had jurisdiction of this matter pursuant to Article III Section 2 of the United States Constitution issues and controversies clause of diversity in citizenship.

The amount in controversy exceeds $75.000 therefore the jurisdictional requirement for district court jurisdiction was further established.

28 U.S.C.A #1294 provides that reviewable decisions from a district court of the United States shall be taken to the circuit court of appeals embracing the district. The Second Circuit Court of Appeals embraces the district of New York.

The district court dismissal was filed on January 31, 2012 , and the notice of appeal was filed on February 13, 2012.

1

## ISSUES PRESENTED FOR REVIEW

Did HSBC bank (formerly Marine Midland ) and M&T bank embezzle, launder and steal Appellants funds  by honoring two forged checks , and when a court of competent jurisdiction ordered summary judgment  for restitution and a trial to assess  damages , did HSBC and M&T banks through their extremely corrupt attorneys ignore and bypass that order ,  and instead fabricated an avalanche of lies, perjury, forgery, fraud   false pretenses, and racketeering in  a RICO onspiracy that lasted many years  in which they bamboozled and deceived almost 30 courts, en law firms and attorneys  representing Appellant, all intending to  obstruct justice and deprive Appellant of her legal rights ,her property and compensation?

Did the district court in Buffalo, -judge Skretny err, or have other personal issues to contend with , submit an order and dismissal of Appellants  complaint that is incoherent, unrelated to facts ,or the complaint, or the larger case, and is a cacophony  of disjointed  and bizarre tossed together words which  appears to reflect a style of  "court  "bamboozle" a pervasive strategy of conduct and writing by the corrupt racketeering Appellees, ?

Should or will this Court reinvigorate the previous summary judgment order, and direct the case to move forward, or will the Court reverse the district court decision and issue the same order anew?

2

## STATEMENT OF THE CASE

Appellant is seeking compensation from HSBC bank , and M&T bank for bank fraud, embezzlement , money laundering , theft, perjury, forgery, reckless deceit , fabricating of evidence and documents, , a tsunami of lies, distortion misrepresentation, unconscionable acts, inflicting emotional distress obstruction , general fraud and swindle , false pretenses, libel and defamation , depravity ,continuously lying to the tribunals and obstruction.

Through a RICO conspiracy Appellee banks and their hires-corrupt attorneys, deprived Appellant of her funds ,the income generated by these funds, all of which were sorely needed Furthermore instead of compensating Appellant at once as required by law, they created this outrageous theater of the corrupt and criminal , by manufacturing evidence and presenting tales that the stolen funds were here, there and waiting , or Appellant has been compensated here or there , by imaginary beings akin to the "tooth fairy", forcing Appellant to spend a large sum of money for legal fees and costs , and still be deprived of her funds all because Appellees and their attorneys are corrupt

## STANDARD OFF REVIEW

Appellant hereby asks this Court to apply the **De novo** standard of appellate review.

## STATEMENT OF FACTS

### 1.   The theft

On November 7, 1985 a former husband named Donald Summer, to be further identified

by the initials DS went to the offices of Merrill Lynch in Buffalo New York, where all the

parties in this matter were domiciled and requested a check for $100.000 telling the clerk that

Appellant had made an investment that needed to be paid for at once,. She had asked him to

attend to this , and he forgot to take a printed check with him. The funds in the account

belonged to Appellant, she maintained the check book and managed the investment. Merrill

Lynch encoded two checks on their account at M&T bank. and informed him that there was no

$100.000 in cash in the account as some securities had been purchased . Therefore he was

handed two checks , one for $79.600 and the other a loan against securities in amount

of $16.000 for a total of $95.600.

By prearrangement these checks without Appellants endorsement were immediately

deposited at HSBC –(Marine Midland) . The court is requested to take notice that the $79.600

check was deposited in an account titled "Attorney Trust Account " and the $16.000 check in

an account titled "Attorney at Law "the rest of the information in both accounts was the same

ownership Both of these checks were honored by M&T bank . On November 22, 1985 the

funds represented by these checks were removed in cash from the depository accounts for parts

unknown . It was *fait accompli* .(Ex 1) .


### 2 The anatomy of grotesque protracted racketeering, fraud, and deceit

In the above paragraph this Court has been provided with the evidence of Appellants

funds being embezzled, laundered , removed and stolen (Ex 1) , Appellant must ask this Court to

place the knowledge of the fact that the funds were stolen and removed within days in repose,

to be able to witness the gross criminality of these Appellees who have spent eighteen years

4

falsely alleging the funds are here, there , they  were here or there all this under oath and the

penalty of perjury .  The exploitation and obstruction of justice affected Appellant severely,.

furthermore the shameless  exploitation of the judicial system  by these RICO criminals  is

astonishing and very disturbing.

### 3    The back story  of the access to the account

As noted these stolen funds belonged to Appellant only. When the parties had married  a

second marriage for both, Appellant brought to the marriage liquid assets and two young

children .DS an attorney, was at age 30 a partner in a prestigious Buffalo law firm, a partner of

Herald Fahringer..After a decade and one half of marriage DS  decompensated into being a

pathological. liar and criminal., He was expelled from the law firm for defrauding them,

Concurrently , Appellant became life threateningly ill and was being treated in an out of town

university facility. The children were attending out of town schools as well. Since DS's career

and earnings appeared unsure and chaotic at best , Appellant  added his name to the Merrill

Lynch account to enable him to meet the children's needs.

### 4.    The back story to the criminal conspiracy

DS;s life of crime was in full bloom :forgeries ,bank fraud,  insurance fraud , pocketing

clients funds .M&T bank was attempting to remodel the Statler  Hotel  in Buffalo allegedly a

$17.000.000 undertaking ,and hooked up wit DS and  some others. .that he brought and they

included. DS  included those that were part of his  mobster ties  who also  brought prostitutes and

cocaine Given all the empty rooms and apartments in the Statler building, this  , lent  itself to

"party time" . HSBC  (MM) .had a  bank branch  in the building which was the most corrupt

bank imaginable.. They laundered cocaine money ,opened  accounts in false or imaginary names

all without any additional information or name confirmation –all that was required was the

mention of DS 'name. M&T bank  wrote checks to he prostitute in chief for "her work"  that were negotiated  by DS at HSBC (MM) (Ex 2)  What were referred to as the "bank people" those associated with this matter were frequent visitors in the Statler building.

DS used the marital vacation  condominium in Palm Beach County Florida for criminal purposes : fraudulent bankruptcies and cocaine purchases. DS filed a fraudulent ch 7 bankruptcy petition in Florida  alleging the cocaine providing prostitute  resided there, In that petition  M&T  and HSBC (MM) banks were creditors and were notified by the court. They remained silent about  the fraud, , never notified the court of the fraud. (Ex 3)  The cocaine and the other services were of course a welcome treat for he bank people therefore surely they remained silent

Appellant was contacted by the NY State Organized Crime Task force that the condominium in Florida was under surveillance to notify a certain agent if Plaintiff planned to go there. These criminals were eventually arrested in Buffalo getting of a plane, with the cocaine in pizza boxes. Eventually they all pleaded guilty nd this prostitute was sentenced to prison for  3years to life. (Ex 4)

### 5.    The cover up of the theft of Appellants funds began early

Appellant had an office in the Statler building and a casual banking relationship with MM-HSBC: a checking account and a credit  card. With M&T the relationship was limited to being a share holder. Although the theft of  her  funds took place on November 7, 1985 she did not find out until the next January 14 , 1986 because the monthly statement arrived always on the fifth day of the month, and the theft occurred after the statement date. The December statement was stolen out of the mail box,, and Appellant had been away for the  holidays , therefore got to read the end of the year statement later  and to find out how it was stolen took a few more days.

Around the time the funds were stolen though she did not know it yet Appellant had been notified by the Internal Revenue Service that her signature had been forged on the 1984 return. .

Appellant had not signed the return because it was fraudulent. .While all the frauds and swindles
by DS were not easily unraveled , Appellant needed to be better informed There was a bank
account at-HSBC (MM) which was a general household and  other expenses account  to which
Appellant had a power of attorney Appellant's counsel  suggested  that she look at these records
because she might be responsible for the taxes due.

Therefore she  asked the  bank manager in the Statler office for the  records  for this account
and provided her with the power of attorney from DS.  . Of course they knew what was in the
records ;bank embezzlement , money laundering and theft. Appellant only knew that it held tax
fraud by DS. The manager  was discouraging this request:  they are busy, will take a few  days ,
later more, days ,  on and on .or it would cost $250 Appellant provided a check in payment still
more lies. It became burdensome and futile-they were covering up a crime.  Appellants counsel
filed a very coherent elegant complaint to the  Commissioner of Currency of the Treasury
Department  about this fraudulent denial of a power of attorney( ( Ex 4  The bank reply to the
treasury department was a lie.


**6.    Underestimating  the depth of the Appellees criminality**

After Appellant learned  of the theft of her funds  and her attorneys had made initial contact
with the corrupt banks , they still felt that it might have been an error, and suggested that
Appellant contact Mr. Miller Esq. general counsel for HSBC  bank and ask him to just return the
funds to the account at Merrill Lynch  . She did. He suggested she meet with  a bank officer
named John Trasher who it turned out was the  designated perjurer and liar,. Both Miller and
Trasher assured Appellant  that the stolen funds remain in the depository accounts-the rest of the
crime was not yet known to  Appellant or her attorneys. To the question :" since the funds are in
your bank in forged checks  , why not remove them  rom DS's accounts and return them to
Merrill Lynch? He replied :we are never going to do that DS. Retain counsel for yourself. He

7

was saying DS matters and we steal for him.  But  one may also conclude that they were involved in numerous , nefarious and criminal activities and he might talk. .

On September 1, 1986  counsel for Appellant filed for the marital dissolution, a process that was being  prepared for  some time  to accommodate New York's restrictive divorce laws. Different counsel was working on the bank theft matter ,and theft, but there was no agreement.

### 7.       Filling the complaint

On June 22, 1987 ,  suit was filed against the  HSBC (MM) bank and M&T bank (Ex 5) seeking restitution ,  $250.000 in damages. ,legal costs, and was  assigned to Judge Forma.  In their replies the banks claimed hat they know nothing about the theft, and asked  the court  to dismiss but they also sought  indemnification from each other , should they be found  liable Appellants counsel was not the same handling the marital dissolution .These were separate unrelated issues subject to different laws.

With  the HSBC (MM)  reply there was also  a third party  complaint impleading  DS. DS sought to have this action consolidated  with the ongoing marital dissolution and be transferred to the same judge , Judge Francis. ..

In their third party complaint  HSBC(MM) and Appellee Miller Esq.  served DS. with a Summons  and complaint dated July 22 , 1987 and notarized. on that date(Ex 6)

In a separate pleading by HSBC (MM) Appellee Miller Esq stated under oath and the penalty of perjury that these stolen funds have remained in the depository accounts  (Ex 7) This lie and perjury is attested to by Mr. Miller and the designated liar - perjurer bank officer John Trasher. The  date is July 22, 1987.

On March 1, 1988, Judge Forma of the Erie County Supreme Court issued the order denying consolidation  with the marital dissolution action , and sent this  matter on to Judge Francis to adjudicate it after the marital  dissolution.(Ex 8)

### 8.        The Deception of Judge Francis

When this bank fraud and theft matter reached  Judge Francis , and relying on the perjury and deceit by Appellee Miller Esq. that the stolen funds have remained in the depository accounts , he scheduled a hearing with all parties and stated his resolution  of this matter.

The funds now held by DS should be deposited in a special account under the court's supervision for Appellant's benefit, and as soon as the marital dissolution is over there would  be a trial for damages.(Ex 9)  All these liars and criminals agreed with the decision obviously in imaginary fashion like the wedding of  the tooth fairy  But Judge Francis believed them , and wanted them to sign an agreement in the presence of each other , which they of course  would not do. There were a couple of more meetings  in chamber, and these miscreants could never find the time. Judge Francis wrote a letter to DS saying "no more conversation unless you sign, I will  grant summary judgment  to Plaintiff and a trial for damages." Appellant's counsel prepared that order and submitted it for signature. The court took longer than 30 days to sign.

Appellee Miller Esq. in a shameless act of  deceit through punctilious compliance with the 30 day rule sought dismissal. Judge Francis agreed and gave Appellant 30 days to refile..Miller Esq. objected and appealed. The Appellate Division  of State Supreme Court dismissed  Mr. Millers  appeal reinstating Appellants claim.(Ex 10) Judge Francis suddenly became seriously ill., and  just before that he had prepared the  order granting Appellant summary judgment on the stolen funds and a trial to determine damages Acting Chief Judge Robert Whelan signed the order and filed it on March 3, 1993, (Ex 11). This order was never appealed nor challenged by Appellees Defendants. They created a parallel corrupt universe.  This was a three year odyssey.

### 9..  The  creation of brazen new corrupt and perjured lies by Appellee Miller Esq.

Matrimonial counsel requested and received from  the court the services of a JHO a well known retired judge who conducted an eleven day trial Septemb1-September 14. 1992 Divorcing

a  pathological liar and criminal is not easy A contentious subject was DS monetary misconduct
using his "attorney trust account " as a piggy bank, and opening bank accounts in clients names
or other  invented names  at the friendly HSBC and M&T banks and using those funds for
himself , but if he was pressed he could say the owners  took it from the bank This exploring of
his financial swindles took days to unravel , and the JHO made a referral to the disciplinary
committee of the State  Bar Association. The Bar had indemnified victims of his thefts- and this
was a  second go around  in amount of  $89.000. One person that was owed $65.000 died in the
interim.DS was eventually suspended from the practice of law.

During the trial  the  JHO made a judicial finding that the alleged "trust account" was
really a swindle account. Some funds did belong to clients but most did not , and therefore was
a marital asset. The court decided that it was a marital assets on the day of filing for the marital
dissolution which was September 1, 1986 . The court used the amount  of money that was in the
 account on that day , and like all the assets divided it 50/50, and Appellant received that amount
as a credit  toward other assets .After the divorce was granted here was an appeal by DS, to the
appellate division, and thereafter an appeal to the NY Court of Appeals  on Appellant's behalf
that made new marital dissolution law in  New York State.


### 10.  New frauds , lies, perjury , and deceit  is born.

While Appellant's counsel was preparing to ask the court –there was a new court Judge
Joslin  to schedule a hearing and  to follow the holdings in the order  by Judge Whelant begin the
process of indemnifying Appellant and obtain  damages , Appellees HSBC , M&T and the third
party Defendant filed a motion to dismiss because the stolen money had remained in the
depository account , and since the court deemed  that account to have been marital , Appellant
had been compensated. Mr. Miller Esq. general counsel for HSBC bank USA swore to this under
the penalty of perjury ,and committed perjury ,  with M&T  agreeing with that ...

### 11.    The hearing on the motion.

Appellant was present at that hearing, and was completely astonished how shameless Appellee Miller Esq HSBC's general counsel ,lied the court not only in his pleading (Ex 12,) but also in person. He lied about the facts and the case , saying that the stolen funds are in the depository accounts (See Ex 1) he also lied about other judges ,what the various judges told him, who would have been shocked to hear his blather. In NY State all marital and family matters are heard in locked court rooms, and in general are highly confidential -even a corrupt lying lawyer like Mr. Miller knows that. He was telling Judge Joslin that Judge Whelan said go over there and participate in the trial.. To speak of Appellee Millers despicable conduct is tedious and boring. He is pathetic , reminiscent of the street corner card shark babbling on lies without any of it making sense, or like a 10 year old who did not do his homework .(Ex 13) is the transcript of Appellee Miller and counsel for M&T.Ms Storie .bamboozling the court. At that point Appellee Miller HSBC general counsel ,in addition to his oral brazen lies had already committed about five or six perjuries .Judge Joslin who was thoroughly bamboozled appeared to be unfamiliar with officers of the court who are liars and perjurers, and dismissed somehow disregarding the prior orders of the court. The dismissal was appealed.

### 12.  Another Appeal

. Appellant left Buffalo in mid 1995 and relocated to Bethesda MD and counsel in Buffalo pursued the Appeal. On May 31, 1996 the Appellate Division reinstated the claim (Ex 14) In the opinion the court said that Appellant was entitled to all her stolen funds and damages. Since Appellant received 50 % of her stolen funds because the court divided all the assets 50/50, she is entitled to the other fifty percent, and her damages ,and the Appellate court directed the lower court to compensate Appellant for the long time had elapsed since the theft more than a decade.. The impleaded third party defendant had not appealed and was gone from the case .

11

### 13.    The Appellee – continued their dilatory corrupt shenanigans.

As soon as the appellate order was received Appellant's counsel sought to move the case forward , met with the court and the attorneys to organize schedules, prepare documents and proceed . to conclusion. HSBC 's (MM) counsel Miller had another idea. He wanted Appellant to be deposed by DS .Counsel objected that this was absurd,, another delay tactic and the court agreed ,and issued an order of protection to Appellant denying the request from HSBC,. (Ex 15). Another appeal, and the appellate court dismissed the appeal at once. (Ex 16). At the time DS was suspended from the practice of law,.

Appellant retained counsel from Washington DC. to continue this matter and he filed a demand (Ex 17) on the Appellee An unexpected family tragedy had developed in California requiring Appellant to relocate to the San Francisco Bay area. Once in California and in consideration of having had enormous expenses for prosecuting this matter Appellant enrolled in law school and planned to represent herself. In the interim there was a notification that Judge Joslin had retired and the case was assigned to a newly minted judge P. NeMoyer.


### 14.                        Self representation .

This new court whose name was very familiar to everyone in the Buffalo –WNY area was a man deeply steeped in the areas political life , which requires benefactors , therefore the court was not pleased about having been assigned this matter , involving his benefactors. The court summoned Appellant to appear in person-requiring a 6000 mile round trip flight to tell him in person that Appellant had no part in his being assigned to this matter .There had been other changes as well. Appellee HSBC Bank general counsel was Scott Miller , and there was another liar –reprehensible perjurer representing HSBC .and Miller named Michael Powers

Appellant sought to move the case to the district court –there had been a case long ago that suggested that possible change, but district court judge Elfin (Ex 18) politely declined.  .

jurisdiction to move a case from state court to federal court was not permissible at the time. There had been changes since then and currently it is possible *Exon-Mobile v Saudi Arabia.*

Once the case was returned to judge Ne Moyer ,Appellant filed several motion to get this matter moving, among them motion for discovery .Very quickly it had become clear that judge NeMoyer saw his function as supporting HSBC, M&T ,Scott Miller Esq and Mr Powers Esq.. One of the requests for documents .concerned the records of the depository accounts where The stolen checks were laundered and transacted.

### 15.    An astonishing discovery : a brazen two decade lie, perjury fraud and deceit.

After two months of waiting, on December 26, 2003 the documents arrived , and what they proved was breathtaking: The records show that the stolen checks for $95.600 were deposited at Marine Midland bank –now HSBC bank on November 8, 1985 without Appellant's endorsement , were laundered by HSBC , and the funds were removed in cash 14 days later , on November 22, 1985. ( Ex 1).

Yet all the lies, perjured documents, lying under oath by these miscreant officers of the court, the criminal conspiracy to deprive Appellant, the extraordinary exploitation of the courts and judicial resources the waste of public resources, all of Appellants resources wasted , all the fees spent to follow the lies. But most shocking was the perjury by HSBC general counsel S. Miller. There are innumerable instances of perjury under oath by HSBC general counsel Miller Appellant will attach a separate page of all the courts and attorneys lied to by this RICO cabal. . Judge NeMoyer was completely disinterested in this massive fraud .and outrageous act.

A hearing had bee pending on a motion that Appellant had filed . but the Appellees having been "found out " sought an eight month adjournment , telling the court that now they do not have a defense. Appellants suggestion that they use the defense that they planned on using when they stole the funds, while very logical was not what judge NeMoyer tells his benefactors.

13

It is surely uncommon that a litigant tells a court , I was going to use this fraud as a defense , and now that I am found out, please help me find another fraud., because the facts and the truth is not something we are interested in.

Appellant was outraged that he is so  biased, and  corrupt  that he has so perverted the constitution and his oath of office , that he is completely disinterested that Appellant has been victimized by  non indicted criminals who are also his benefactors .

Instead of the  eight month adjournment he gave HSBC a six month adjournment , and promised counsel   that he would help them find a defense. What a shameful public servant.

**16. Interests at odds: Seeking justice from a court that has been bought and paid for.**

As an outraged crime victim , Appellant raised the issue that this case must be immediately taken apart and rebuild . vacating the fraudulent representation and start anew, or some other remedy.The US Supreme Court mandates that judicial orders obtained through fraud on the court must be vitiated and vacated. The *Hazel-Atlas doctrine.* Because the appellate order awarding Appellant 50%  of her stolen funds was an invented  lie and fraud by the Appellees, this whole matter  was a fraud, and a RICO enterprise. But he was not at all interested . He was employed by the people who paid his salary, but he was factually beholden to his benefactors.

Appellant filed a motion for judge NeMoyer to recuse (Ex 19) but his "hidden clients " asked  him to stay , so he did. What happened after that was disgraceful and a pathetic  example of judicial misconduct. The appellate division order that stated Appellant is entitled to only 50% of the stolen money was based on fraud and deceit  by his benefactors HSBC M&T, Miller Esq.. But he absolutely did not care . He said that Appellant would receive  only the minimum that the order calls for , 50% , of the stolen money and no damages .This was the Buffalo version of *Capperton v Massey, US Supreme Court 2010* (ex 19)

14

### 17. **Miscreants return to the scene of their misdeeds when enabled by corrupt courts**

After witnessing the uncovering of the long term criminality through perjury fraud and deceit Judge NeMoyer knew with 100% certainly  that there was no possibility for Appellees to find a legitimate defense:. They could however just fabricate more and other lies . At that point it was appropriate for a court to say  to Appellees: " look this almost two decade long fraud , deceit and obstruction is over- you should be held accountable, but you can minimize your wrongdoing by moving forward and bringing this matter to a just conclusion, and I will help"but Mr.. NeMoyer who was "bought and paid for " by his benefactors ,would never say that to the. He did not care how fraudulent , offensive or unlawful the new defense was , he had to represent the benefactors. Consequently he  suborned, assisted and participated in a new RICO fraud.

Having been able to create a massive fraud and racketeering *crimen falsi*  by  tying a an unrelated event- the marital dissolution – with their original crime, they were now ready to revisit the same territory.  Criminals very frequently return to scene of their crimes , for more criminal activity, because they know how to work it. Appellee Powers Esq. turned to the Appellate court to look through the  unrelated appellate documents of a decade ago., and was denied access. NY State has the strictest confidentiality laws on marital dissolution matters., and are only for the parties and their counsel. Mr. NeMoyer created another category "corrupt court" Of course he gave Appellee Powers Esq an order to the appellate court to enable him to look at them and see if he could mine some more perjury, forgery, fraud. (Ex 20) This order by judge . NeMoyer was definitely issued under false pretenses to the court to please the benefactors.

### 18.    **The new perverted  defense.**

For the new defense the Appellees placed themselves as surrogates without cause, for DS. Appellant had access to marital funds  the domestic bills were paid, to purchase things, she could write checks on a credit card account-therefore she was compensated. (Ex 21) A new frau.

Judge NeMoyer agreed with them and their new found defense, but he had to comply with the appellate order of May 31, 1996, but Appellant will receive nothing more than the minimum as per that order : $47.750 plus the minimum statutory interest 9%. Since the interest is left to be calculated by the receiver , Appellant calculated the interest higher -14% as per the appellate order That set everyone on fire, and Mr. NeMoyer vacated the interest within hours. (Ex 22)

### 19.        How to manipulate and prostitute an appeal shamefully.

The destiny of the appeal was foretold when Judge NeMoyer ordered Appellee Powers to to create the Appendix , denying Appellant any submission especially on the recent fraud, that has kept Appellant's extensive funds in bondage. through perjury and forger.  She was limited to a cross appeal,  challenging their failure not to comply with the Appellate order.

The hearing at the Appellate Division, which was not in the courtroom but in some other small venue, . One of the judges was eating, another was a former friend of DS they had shared office space at one time. Appellee Powers started to speak first. He had only been speaking for less than a minute when he was interrupted by one of the judges who said we know. It became evident that this was all prearranged . This pretend appeal , and the pretend interested Court of this prearranged fiasco did not even write an opinion.

The court dismissed the minimal award, without comment or order, the  Judge saying that Judge NeMoyer should have dismissed it , a ridiculous comment ,because Mr. NeMoyer would have  dismissed if he could. (Ex 23) But this enabled them not to write an opinion or a reason , just tossing it back to the lower court. Appellants cross Appeal was also dismissed Appellant attempted to seek appeal from the NY Court of Appeals but of course they could not accept lower court cases, and the Appellate court did not write an opinion. Appellee Powers goes around  saying under oath , that the  Court of Appeals dismissed. the case. A dumb lie, but minor in view if  his other lies , perjuries ,fabrications and criminality

**20.    Filing in the district court in Northern California.**

Appellant had been a resident of the San Francisco bay area for several years and filed a claim –actually two claims in the San Francisco District Court. One claim was for restitution of the stolen funds, and the other a claim in tort for fraud, lies , perjury, forgery false pretenses , and defamation among other (Ex 24)

The district court was the appropriate court for claims against M&T and HSBC as they are national entities, and the *respondeat superior* for the miscreants they hire,. There was diversity, the amount in controversy met the requirement., there was also *in rem* jurisdiction Appellant believed that there was personal jurisdiction as well, But personal jurisdiction remained for the court to determine Appellees sought to combine both actions and the court agreed

**21.    Appellee Powers fabricated and falsified evidence.**

In HSBC 's reply along with appellee Powers on their behalf , he fabricated a new false tale complete with lies, perjury and added forgery.and general deceit to his repertoire. He fabricated a scenario that did not exist in the real world "'Action I and Action II " (Ex 25) and presented the narrative under oath and the penalty of perjury. So did Miller Esq. and some others.He connected his fabricated tales to one another , he blended his perjuries with forgery ,connected these, to imaginary events that they had nothing to do with ,like time period of the marital dissolution trial, and some other fraud,( Ex 7) and under oath said that Appellant was compensated somewhere in there- did not say by whom, but she was dissatisfied and appealed ,and more incoherent lies.

This fabricated scenario by this attorney –grotesque racketeer ,might be thwarted in his criminal career to fabricate, if the courts or the courts clerks hat read these fabrications would be more attentive o details,, because some of his lies and false pretenses were quite schizophrenic...

In support of this fabricated lie, fraud and fabricated tale Mr. Powers took the summons and complaint (Ex 7) in which they sought to implead DS that say "clerks office" dated , stamped and filed July 22, 1987.,,acknowledged by a notary whose commission was expiring on May 1988 , and stamped these old documents along side the old stampings , with new dates and "clerks office September 16, 1992." (Ex 26) a summons and complaint with two dates 5 years apart. The notary did not re stamp-could have another job or be in haven. Appellant contacted the Clerk's office to inquire about this stupid visible fraud, ,and was told that it is forgery and fabrication and was not filed in the clerks office. the Clerk's office further informed Appellant that Phillips Lytle the law firm that is blessed to employ Appellee Powers, have their own stamps that say clerks office and can forge and falsify anything they want and and have done so for at least 75 years gone by...

### 22. Appellee Powers 's perjury and forgery qualifies as "dumb criminals" acts.

.       These ineptly forged documents- were so pedestrian and crazy any 12 year old could have done better, His "Action I and Action II" were intended to be his attempt at a new lie:.in his terrifying dumb. perjury, forgery obstruction and all around RICO racketeering As bizarre as it sounds , he used it anyway.

        This malignant dumbness along with the perjury, forgery and fabricated deceit could not be applied because in September 1992 the claim against HSBC and M&T had been dismissed by HSBC general counsel Miller because of delayed judicial signature. (Ex 9 & 10 It was not reinstated until )March 3, 1993 (Ex 11). A *crimen falsi* without cause or purpose.

        The Appellees included nothing about themselves their case, the prostitutes, cocaine,, and all the thefts , frauds and money laundering by HSBC .instead Appellee Powers included a thick stack of printouts from West Law , about Appellants dispute with the condominium association in Boynton Beach Florida where Appellant owned a condominium and where,-

although obliged to provide annual financial statements –the association never did   and

Appellant challenged  them.(Ex 28)  In law school one is taught that the attachments to pleadings

must be relevant to the case, and  sparse .at that .  It appears that reality differs and most likely

they were not read.. This might be an issue depending on an honor system, and for those without

honor like Appellees – just  a pathetic attempt to slander Appellant.

HSBC general counsel Miller was of course aware of the massive fraud to the court by

him and the banks counsel, and included a brief two lines of deceit as well. An astonishing

phenomenon is the fact that  in a new  locality there are local attorney  who might appear as

 ok people who compromise themselves and brazenly lie to the courts on behalf of these

corrupt racketeering  miscreants, and present perjured  and forged pleadings. Terminal greed ?


**23**          **Slandering the Appellant**

Appellees have continuously slandered Appellant , portraying her as someone  nasty

and as someone that wants money from them unjustly .This is disgusting considering that they

have stolen a lot of money from Appellant that was needed , and the large amount of money it

took , for  Appellant to prosecute this matter. Actually according to the Justice department HSBC

 has committed thousand of fraud  in addition to laundering drug  cartel funds.

Appellant was preparing for the Bar  and  submitted  the details of this case ,and the RICO

*crimen falsi*  , to the Bar and the disrespectful way they speak  about Appellant to each other and

in social media the Bar found  Appellant to be a person of good moral character. (Ex 28).


**24.**      **A hearing, and Appellee Powers babbled on  to fake integrity**

There was a hearing and Appellee Powers,  in addition to being insulting of the Appellant

babbled on in the court,and lied  incoherently Action I and Action II(Ex29) The court Judge

Hamilton ,reminded him that he did not challenge jurisdiction. . The court declined jurisdiction

but not before stating "that she is fully persuaded that Defendants had assisted DS in stealing

Appellants funds..(Ex 30) Jurisdiction being a constitutional mandate was at the discretion of

the district court's therefore an appellate court did not intervene.


### 25      Appellant returned to Maryland and filed a claim in Circuit court

Having returned to Maryland ,, in 2008 Appellant filed a claim in Circuit Court of

Montgomery County MD, a court of general jurisdiction. (Ex 31). seeking damages for the

decades of lies and deprivation of Appellants funds and all else. .The Appellees remanded to

district court where they presented the same perjury .under oath : Action I and Action II (Ex 32)

They continued the perjury, lies, fabricated tales, deceit, fraud and obstruction. They requested

that the court remand the case to Buffalo NY. Instead the court ismissed for lack of personal

jurisdiction .


### 26.      Filling in the District Court in Buffalo NY .

On December 12 ,2011 Appellant filed a complaint in tort in the district court in Buffalo NY

(Ex 33). While Appellant seriously considered filing in the district court for the Eastern District

in White Plains , in the end opted to file the complaint in Buffalo NY. This may have been error.

It appears that familiarity with the court breeds contempt toward the law. From the start the

Appellees did not acknowledge service-they, presumed that they do not have o do so in this

environment . They did not file a reply to the claim —there is nothing on the docket , yet in

some mysterious and unknown way they were able to get their lies and perjury to Judge Skretny.

Appellant had deconstructed the order by Judge Skretny (Ex 35) The order is incoherent ,

inexplicable and inapplicable, full of fraud and deceit ,, and he does not mention Appellant's

,claim. He knows nothing about the case ,appears disinterested and Appellees told him what to

write. They may have even provided him with a written outline of what to say.. He could not

have dreamed up these untruth on his own, especially when these Buffalo liars are around.

District court judge Skretny violated his oath of office by not reading Appellant's Complaint. His version of events ended when the Appellees wanted to .They did not provide him Action I and Action II perjury and fabrications. to  It is very disappointing coming from a court Of the United States, but he might be ill or  impaired by substance and medication related issues.

# ARGUMENT

**THIS MATTER DOES NOT NECESSARILY LEND ITSELF TO LEGAL ARGUMENT AS THE EVIDENCE OF WRONGDOING BY APPELLEES IS OVERWHELMING AND NOT DISPUTED BY THEM, THEY HAVE JUST PROSTITUTED THE EVIDENCE IN TO A RICO CONSPIRACY TO HARM THE VICTIM - APPELLANT FOR FUN AND SPORT, AND BECAUSE THAT IS WHAT MISCREANTS DO.**

Legal argument requires at least two opposing idea, thoughts,  interpretation of facts ,and law . applications of stare  decisis  or a hope for new decisional law, some simple some complicated, but  most often two sides have issues to dispute..

This matter is different. It is incontrovertibly true that  Appellees stole Appellant's funds - which they do not dispute mostly because the evidence is overwhelming, but  through incomprehensible crimes on the courts  have escaped accountability They certainly do not want to defend decades of perjury, forgery, and brazen criminality

Consequently all there is to provide the court –perhaps a bit repetitious- is the evidence of the criminals work--criminals with law degrees -and their corrupt exploitation of the judicial system and harassing the Appellant, It will also explain why Appellant has not been compensated as yet..

## THE THEFT OF APPELLANTS FUNDS

The theft of Appellant's funds was a planned event by HSBC (MM) and M&T banks along with DS , and which was accomplished through negotiating two forged checks (Ex 1) , depositing, laundering, embezzling and stealing the funds ,all within a 14 day period., and lying about it for decades. This was a planned event and the Court can see the efforts by these corrupt banks at the early cover up (Ex 1) These funds were in payment to someone (DS) with organized crime ties in the Buffalo community for arranging the availability of cocaine and prostitutes.for the bank people (Ex 2-4)

Stealing Appellants funds for this purpose was more convenient than writing a bank check , Although bank checks were written for that purpose as well. (Ex 2) , and drug money was laundered at HSBC (MM) The Appellees knew that they would be found out in a short period of time , but they relied on their racketeering and criminal skills to get away with it. In fact Appellee Miller Esq. used to taunt one of Appellant's attorneys, an honorable man, former President of the bar, by saying :" I can do things that you can not do"

HSBC bank is having . old difficulties anew. The bank has been accused by the Justice Department . of a multitude of frauds upon thousand of individuals , for which the Justice Department had demanded penalties of 1.000.000.000 –yes one billion dollars , with negotiations ongoing.

Another new but also old problem is drug money laundering. for the drug cartels. HSBC bank with Mr, Miller Esq, as general counsel had done that a long time ago. An HSBC spokesperson apologized ,said that they are setting aside an additional 1 Billion dollars , making it two bllion to cover fines restitution etc. *Financial Times , August 1, 2012, by Patrick Jordan.*

Appellant hopes to be included in this "apology surge" and be finally compensated for the thefts.

## UCC- UNIFORM   COMMERCIAL CODE

The banks are strictly liable for negotiating the two forged checks . (Ex 1)  belonging to Appellant .*In Lawyers Fund for Client Protection v Manufacturer Hannover Trust Co. 381 NYS 2nd 133,* , the court held that **UCC 3-419 (a)** imposes absolute liability on drawee for forged checks.. The drawee bank  in the present matter was M&T bank. (Ex 1)  The above case is similar to the matter at instant , as the endorsement of the check was  forged , deposited in the forgers account and removed before the individual defrauded could find out.

**UCC  3-116**  holds that an instrument payable to two or more people , must be endorsed by all of them to be negotiable .

**UCC  4-406** (© )states a bank paying an unauthorized item in bad faith , is fully liable for the amount of the item

**UCC 4-1034** holds  that the measure of damages for failure for exercising ordinary care Is the full amount of the item, and attendant damages.

Therefore the initial judicial order in this matter (Ex 11) ordering restitution and a trial for damages and legal costs and is viable .

## THE VALID  ORDER  FOR  RESTITUTION AND A TRIAL FOR DAMAGES.

**On March 3, 1993 a court of competent jurisdiction ordered summary adjudication for Appellant for her stolen funds, and a trial for damages (Ex 11)  as soon as the marital dissolution  is completed. This dissolution was completed  on March 17, 1993 . This order has never been appealed, and has never been challenged. It just remained there Appellant hereby requests that this Court order prompt implementation of this valid order.**

In this tsunami of corruption, fraud, perjury and more , this order by the state court stands ready for implementation.. The relief sought  when the complaint was first filed (Ex 5) , and later ordered by the Erie County NY Supreme Court on March 3 1993,  (Ex 11) is the same as sought in the complaint filed by Appellant on December 11, 2011 (Ex 37) in the district court. The only difference is he significantly larger amount of  damages sought , and the liars and perjurers are identified by name. The banks as *respondeat superior* are  liable for all of them .The very significant loss and harm to Appellant is easily  identified recognized and proven.

In *Exon Mobol Corp et  al v Saudi Basic Industries Corp. 544 US 280 ,  2005,*Justice Ginsberg speaking for the Court articulated and made the case for parallel  jurisdiction between state and federal courts and resolving the conflict over the *Rocker Feldman doctrine .*The issue of  preclusion among state and federal court was a concern for Judge Ginsberg.

> "Disposition of the federal action , once the state court adjudication is complete , would be governed  by preclusion law. The Full Faith and Credit Act : 28 U.S.C. #1738, originally enacted in 1790 , ch 11, 1 Stat 122, requires the federal court to "give the same preclusive effect to a state court judgment as any other court of that state would give "*Parsons Steel Inc v First Alabama Bank, 474 US 518, Matsushita Elec Industrial Co v Epstein 516, US* In  parallel litigation , a federal court may be bound to recognize the claim and issue preclusion effects of a state court judgment , but federal jurisdiction over an action does not terminate automatically on the entry of judgment in state court."

Had there been a competent proceeding in this matter in the district court in Buffalo, the court  should have considered this state court order  (Ex 11) which is the same as the new claim , just the damages sought.. At that  time  this state-federal issue would have existed and been resolved. pursuant to this holding. .

Appellant's request to this Court includes vacating the orders by the district court Judge Skretny, remand this matter to the district court in White Plains NY, and implement the order by the state court Judges Francis and Whelan (Ex 11) while amending the amount of damages sought in the recent  claim . (Ex 37).

## PERVASIVE AND UNIMAGINABLE PERJURY

Every single pleading, every single filing , every single statement in this case ever submitted by Appellees HSBC and M&T banks is perjured. –some HSBC documents are forged as well which is unprecedented. Not certain whether John Gotti could beat that record. It is a reasonable assumption that HSBC and M&T banks supported and suborned this astonishing criminality by their legal representatives..

Perjury has been the repeated and pervasive modus operandi for pleadings ,methods of legal process and legal manipulation by these incredibly corrupt attorneys hired by HSBC and M&T banks in their RICO endeavors Appellant will number them and just present some –although there are very many. ,and each and every document whether minor or major is perjured..

(1)     From the day the crimes were committed they insisted that they knew nothing but then, yes they did know everything. They were part of the criminal acts.

(2)     One of the perjured submission by HSBC chief counsel S. Miller Esq is a motion for impleading DS the beneficiary of the theft of Appellant's funds, and in that motion under oath and the penalty of perjury he makes a statement -that he has made before as well- that the stolen funds have remained in the depository account and submits this to the court (Ex 7) Judge Forma (Ex 1) affirms how despicably false that was ..Miller also prepared a summons and complaint (Ex 6) to implead DS as a third party Defendant. In doing this perjured disgusting piece of business , he is telling DS who has already had the funds for almost two years, and moved, them, spent them or whatever , that this judicial process ,though fraud on the court and harm to Appellant ,it is not serious We do what we want and the court is our servant The oath is acknowledged by a bank officer-designated perjurer named Trasher..

In the statement of facts Appellant has indicated that after the theft was discovered, one of

Appellant's attorneys thought that this theft might have been an error, and to contact them. So Appellant spoke briefly to Appellee Miller and longer to Mr. Trasher . When asked why they do not simply remove the funds from the account and return them to Merrill Lynch, Mr. Trasher replied" we are never going to ask DS to return anything." But in the motion Miller asks for the return of the funds. Lies , theater and exploitation of the judicial system.

(3)    Judge Forma ordered this matter transferred (Ex 8) to Judge Francis who was handling another matter involving Appellant. While this is described in detail in the statement of facts , Judge Francis took the perjury by Mr. Miller Esq and the other perjurers seriously (Ex 9) and therefore it seemed appropriate that the funds at issue be turned over to the court for safe keeping, and after the other matter is finished ,a trial for damages should follow. All the perjurers agreed, with that general idea, they were just never available to sign an agreement The Rico criminals at work. .creating theater of the despicably corrupt. And shamelessly sleazy.

Judge Francis was frustrated with the criminals and said that if they do not cooperate he would sign an order awarding Appellant summary judgment on the stolen funds and a trial on damages.

Judge Francis took ill, did not sign the order within30 days, dismissed it Ordered Appellants refilling within 30 days, which Miller Esq. objected to and appealed in September 1992. (Ex 10) The other matter with judge Francis, the marital dissolution trial was conducted By a JHO-a retired judge. .

Appellant prevailed on Miller's appeal , and on March 3, 1993 Acting Chief Judge Whelan signed the order started by Judge Francis: granting summary judgment on the stolen funds and a trial for damages. (Ex 11). This order was never appealed nor challenged by the miscreants, **it is still valid , and Appellant is requesting it's enforcement as soon as possible**

(4)   The perjurers including the thief of Appellant funds had another perjury to present They filed a motion to dismiss Appellant's claim because the stolen funds had remained in the depository accounts, Appellant had been compensated somehow. (Ex 12) Of course the other perjurers file "yes and me to" pleadings.

Appellant attended that hearing , and the lies and false statements HSBC general counsel Miller made to the court (Ex 13) were astonishing , shocking and shameful. Such a liar should not be an attorney .. He rambled on about other judges, and lies told fast, he sounded like a Manhattan sidewalk card shark.. . Judge Joslin dismissed and another appeal followed.

(5)   In the interim Appellant left Amherst NY and relocated to Bethesda MD.but counsel in Buffalo NY ,pursued this matter.. The Appellate Division reinstated the claim in a memorandum decision, holding that if the funds were part of the marital distribution where Appellant had received 50% of all the assets, the stolen ones included,- as the perjurers alleged than she is entitled to another 50% , because Appellant was entitled to 100 % of her stolen funds. (Ex 14) and the lower court should also consider the fact that so much time has elapsed since the funds were stolen , and compensate for it

(6)   Counsel was following up in Buffalo, and Mr Miller had some other corrupt idiotic idea which the court Judge Joslin denied, and provided Appellant with a protective order, another appeal by Miller Esq. . The court denied him at once. More shenanigans , Washington DC counsel took over for awhile. , more wasted time and money with the miscreants , more obstruction and judicial exploitation.

Appellant relocated to the San Francisco Bay area, due to a family tragedy , and concurrently enrolled in law school. Judge Joslin had retired , case assigned to Judge NeMoyer a newly installed judge , a man with a long political history in Buffalo whose benefactors are

these banks and was not happy with the assignment

(7)    Appellant sought to remand to the district court which at the time was questionable in terms of jurisdiction . Since then the US Supreme Court has made possible parallel jurisdictions *Exon Mobil v Saudi basic. Ind Co 544 US , 280.* Judge Elfin of the Buffalo court wrote a very nice rejection order (Ex 18) Stuck with NeMoyer, and new counsel for HSBC a man named Michael Powers ,a liar, perjurer , forger , of gargantuan proportions as this Court will find out.

(8)    While there was all sort of nonsense going on, judge NeMoyer really did not want to rule against his benefactors , and in fact they expected him not to do that. But he kept excusing himself repeatedly, saying that he had to comply with the Appellate Division order (Ex 14) which order was based on the perjury of HSBC general Counsel Miller.although it was not yet known As part of discovery Appellant demanded the bank information about the stolen check deposits. After a bit of noise the documents arrived on Dec, 26, 2003., and a quick glance left Appellant momentary breathless. The checks had been deposited the day they were issued, laundered and removed in cash , all within 14 days.(Ex 1) . Yet Miller Esq and all the designated liars, perjurers and gangsters for M&T and HSBC (MM) had for 18 years falsely under oath and the penalty of perjury asserted that the stolen funds had remained in the depository accounts All the courts including Appellate courts, they had lied to under oath, and Appellants attorneys .

(9)    Judge NeMoyer was un moved by the uncovering of this fraud, -he even refused to acknowledge it. When M. Powers told him that they now have no defense , he told them he would help them find one  This Court is asked to take notice of the conduct of a court that has to protect his benefactors.-what it does for benefactors *Capperton v Massey US 2010?* Ignore the massive long term fraud, do not mention it, and help them find another fraud. Appellant was quite angry –asked him to recuse , but Appellees asked him to stay –so he did. In his rush to help his benefactors , judge NeMoyer committed a fraud himself.

Mr. NeMoyer did not care one whit about the frauds by his benefactors , that he favored

Consequently while the issue at hand before this discovery had been the implementation of the

order by the Appellate court (Ex 14), when Appellant learned that this order was a sham based

on the lies of the lying racketeers , Appellant demanded a proceeding that would reflect the truth

Nothing doing said Mr. NeMoyer. Appellant will receive the minimum that they can muster.

This was all a farce . To locate a new fraud for his benefactors , Mr. NeMoyer gave them access

to all the appellate documents which are highly confidential and were unrelated. Appellant

objected , but yet another example  or another case that one receives what one pays for.

Mr. NeMoyer felt that  even though he was working of a fraud did not bother him one

bit. Appellant received a judgment for $127.000 , which was appealed both by Powers and

Appellant. It was all theater. Appellant had no access to include any evidence or pleadings, and

Once she came to the Appellate court , she knew it was all prearranged . They prevailed

The appellate court did not write an opinion so it could not be appealed to the Court of Appeals.

## THE MALIGNANT, DISRESPECTFULL CRIMINAL PERJURY, FORGERY, AND DECEIT BY M. POWERS ESQ.

Erroneously believing that Powers Esq. would curb his malignant criminality in a federal

court ,Appellant  domiciled in the San Francisco Bay area , filed two claims in district court in

San Francisco: one for restitution of the stolen funds and the other for damages. (Ex 24) The

Court granted the request by Appellees for consolidation of both claims

In their reply  led by liar and perjurer Powers Esq under oath and the penalty of perjury  he

had fabricated a new  fraud, perjury and lie. "Action I & Action II" (Ex 25) . While not clearly

articulated in their pleading , sounding like someone whose opiates have been removed, implied

that Appellant's marital dissolution trial in September 1-14 1992 was a trial in this matter as well

and somewhere in there Appellant had been compensated.

Powers Esq. also added forgery to his perjury. When the reply to Appellants complaint of June 22, 1987 was filed by Appellees on July 22, 1987 , as a cover up joke, they impleaded DS as a third party defendant and filed a summons and complaint stamped clerks office July 22, 1987 , and notarized by a notary whose commission expires in may 1988. (Ex 7).

Needing a new perjury, fraud, deceit and lie, ,and not one to waste his wonderful criminal ideas Powers re stamped the above identified five year old summons and complaint , with Clerks Office September 16 1992 (Ex 26) and submitted it to the court. This was among other dumb criminality, because on September 16, 1992 the claim having been dismissed was on appeal and reinstated on March 3, 1993(Ex 11)

Appellant contacted the clerks office about this re stamping a five year old summons , and Appellant was informed that this stamping did not come from the clerks office but rather from the law firm Phillips Lytle that employs Powers Esq.,which law firm recently made Mr Powers a partner at age 60 or 65 – not certain , just judging by appearance ,and that they forge at will or to order, because they have their own stamps and can stamp anything for the past 75 years. In lieu of any documentary evidence for their cause, they bamboozled the court with old transcripts of a dispute Appellant had with the condominium Association in Boynton Beach Fla where Appellant owned a condominium.(Ex 27) These corrupt lying Appellees rely on the court not looking on the content, just the bulk and often the courts do not read anything. Because they do not imagine miscreants and corrupt liars like Michael Powers Esq.

. Appellant felt compelled to include her California Bar Association certificate that she is a person of good moral character (Ex 28) .

There was a hearing , and Powers Esq. rambled on with Action I and Action II (Ex 29) And at some point the court reminded him that he had not challenged the court's jurisdiction.

His reply that he had forgotten.  The court dismissed for lack of jurisdiction, also saying that she is persuaded that these banks assisted DS in stealing Appellants funds. (Ex 30).

Having returned to Maryland , Appellant filed a claim in the Circuit Court of (Ex 31) Montgomery  County MD, a court of general jurisdiction . Appellees remanded to the district Court , where Mr. Powers Esq. again replied under oath and the penalty of perjury , and again swore to "Action I and Action II" (Ex 32) and also included that these actions resolved all the issues ,the corrupt perjury and pathological lies of Mr. Powers Esq. also idiotic. In his perjured document he also asked the court to punish  Appellant monetarily, because she is always asking these poor innocent bankers for money. Appellee Miller general counsel for HSBC bank danced  around his extended criminality, fraud perjury .in this matter The court dismissed for lack of personal jurisdiction.


### THE CRIME OF PERJURY

Perjury is a serious crime whose definition has not changed a great deal since the framing of the Constitution and is described as a crime committed when a lawful oath is administered in some judicial proceeding to a person or by a person who swears willfully , absolutely and falsely in  a matter material to the issue or point in question.

Perjury is a general and federal crime. 18 U.S.C. #1621 outlaws presenting material false Statements under oath in official proceedings , 18 U.S.C # 1623 bars presenting material false statements in a federal  court or federal proceeding. 18 U,S,C, #1622 prohibits the subornation of  perjury, or procuring another to commit perjury, 18.U,S,C 1991 is akin to perjury , and outlaws any false statements made to a federal agency, department or representative.

There have been innumerable perjured pleadings provided to the almost 30 regular and

Appellate courts and  10 law firms and individual attorneys that have represented Appellant
(Ex 36)During the period of self representation  Appellant has endured  innumerable perjuries.
These individual  attorneys are brazen liars , perjurers, , and racketeering un indicted criminals
And their employers know that : it might be the reason for their employment. To deprive
Appellant of her rights and her funds, these liars  have joined in, in  a RICO enterprise.

HSBC general counsel Miller has committed probably 25 or more acts of perjury , and
other acts of misconduct, in which falsely, under oath and the penalty of perjury he swore that
the stolen funds had remained in the depository accounts. (Ex 1 ) proves otherwise. When his
crimes were exposed  on December 26, 2003 , one might have expected some mea culpa , but
instead it was just another day in the criminal acts fabrication factory. There was another liar
representing Miller and HSBC : Michael Powers. , with more crimes in his repertoire. (Ex 20)

While Appellant has been the primary victim of these racketeering miscreants, this Court
held that perjury as part of obstruction , represents "stealing from the public" *US v Lynne Stewart
decided in 2009.* The sentence by this Court of an attorney to a four year prison term for perjury
and obstruction , noted  the seriousness of the offense . Appellant prays that this Court will look
at HSBC bank and their lying attorneys Miller and Powers perjury seriously and punish them.

.

## OBSTRUCTION  AND  PERVERTING  JUSTICE

Obstructing or perverting justice refers to the act or crime if interfering with the work  of
the courts, police, investigations , regulatory agencies , prosecutors or others that generally
assure individual justice. .

Obstruction of justice is a serious offense that led to the resignation of former president
Nixon , the impeachment of former president Clinton , and the imprisonment of former  vice
Presidential adviser Scooter Libby . The *Sarbannes –Oakley Act of 2002* ,and 18 U.S.C.#1503

18 U.S.C. #1505 and 18 U.S.C#.1519 all call for stiff penalties for obstruction of justice , with prison sentences of up to 20 years.

Appellant has been the continuous victim of obstruction and perversion of justice, offenses   which are also related to and an element in all the RICO offenses endured , such as fraud ,perjury, forgery , fabricating evidence, defaming Appellant because they are sleazy miscreants ,lying to all the tribunals and more. All these shenanigans b y the miscreant Appellees have prevented the courts from adjudicating this matter with integrity .based on facts and applicable law. Whether it is " action I or action II, or the funds are  here, there, they were here and there, it has all <u>been brazen criminal fraudulent obstruction of justice.</u>


## STARE  DECISIS  WITH  CORRUPT  ATTORNEYS  AND  INSTITUIONS

The Supreme Court has spoken and  made rulings in cases in which justice is obstructed because of the fraud, corruption , perjury ,by attorneys  deceiving the courts along with the opponent.  A case decided twice  by the US Supreme Ct. titled *Hazel-Atlas Glass Co. v Hartford Empire Glass Co , 322 US ,238.* is on point  with the present case, because of the outrageous  fraud corruption , forgery , perjury that was perpetrated  in that case that lasted more than two decades. and had two hearings in  the US Supreme Court : one to affirm the fraud and the second time to dismantle it.  Hazel has all the  elements found in the matter at instant: two large institutions , very corrupt ,lying, racketeering perjuring, swindling lawyers  that deceived the courts, through lies, perjury, forgery ., fabricated evidence and blind greed.

Hazel-Atlas and Hartford-Empire were large  competitive  glass making institutions  . Hazel had applied for a patent for a new glass making process and was working to gather the  evidence  to obtain a patent. Hartford feared  that if this happens than they would lose business and be sidelined. Therefore  Hartford and their attorneys dreamed up a massive fraud

on the court and the public. They went to a small town 300 miles away, hired a "straw man" promised him $10.000 to use his name and to label him a scientist They also created a false scientific journal and one of the attorneys filled it up with false manufactured praise ,scientific articles he invented and wrote on their new scientific glass making process, and all the awards their scientist has won-which were all lies and ,applied for a patent, provided their "evidence and that their process was ready to go.

Hartford was awarded the patent and at once filed suit against many glass manufacturers including Hazel alleging patent infringement and collected many millions of dollars. Hazel had to pay Hartford one million dollars as well. . Hazel who had been suspicious of Hartford had appealed to the US Supreme Court which actually heard the appeal and upheld the arrangement , and the patent infringement $1.000.000 fine The money was pouring in from patent infringement

. Hazel hired a few investigators who uncovered the fraud , the straw man and all.. Armed with the evidence of the fraud, Hazel started again with the District Court which were not moved and the Court of Appeals was not either But they went back to US Supreme Court which accepted the case again , and in an unanimous decision ordered this fraud deconstructed the fraudulent orders by the courts vitiated and vacated, and the funds returned.

The Court held that judicial decisions obtained through fraud on the court by officers of the court may always be challenged, must be vitiated and vacated, The Supreme Court ordered that the Court of Appeals for that circuit to dismantle this fraud, and as for the lying corrupt lawyers the court ordered that they be removed from the courts where they plied heir fraud, which holding has been interpreted to mean disbarment . ..

In articulating the remedies for litigants, lying to the court and lies by officers of the court the *Hazel* holding is a continuation of the Courts holding in *US v Throckmorton 98 US, 61,* in which the Court differentiated between fraud on the court by an ordinary witness , and an officer of the court. The Court held that perjury or other fraud on the court by an officer of the court is

34

Always ground for vacating and reopening , but if the perjury or fraud is by a witness , a court

can and should work around it. The Court said  that if a decision by a court is based on the fraud

on the court by an attorney , that means that a litigant was not able to fully present his case .This

is 100% on point with the present matter . Appellees racketeering lies fraud and perjury, false

pretenses and more mans that this matter could never be fully presented to the courts for decision

## THE DISMISAL BY JUDGE SKRETNY  IS  INCOHERENT , INAPPLICABLE
## AND  INCOMPREHENSIBLE  IN CONTENT

The order of dismissal by district court judge Skretny  is incoherent , incomprehensible , a

cacophony of words that do  not hang  together , are unrelated to each other, and appears to be

copied from something the Appellees prepared for the  court to copy. What Judge Skretny

dismissed is some incoherent connection with the case name -that the Appellee asked him to.   ?

While Appellant does not know judge Skretny – obviously the Appellees know him "very

well" . He could be ill, impaired by a disability , a substance or opiate issue , or he was doing an

inappropriate  favor for people that he might be friends with  The state of confusion and

incoherence in this dismissal suggests complete loss of intellect, or deep friendship with  the

Appellees and their lying lawyers.

Appellant has deconstructed judge Skretnys order and dismissal (Ex 35) , and this court

must vacate . It does appear that judge Skretny knew -and even allowed them special privileges –

that they did not acknowledge  Rule 4 service to the clerks office as they are required to do.

Consequently Appellant sought summonses for service. He ordered  the clerk not to proceed .

Appellant also believes that Judge Skretny knew that his order committed a constitutional

offense  in this matter, and that his order was inadequate for a federal court. We must assume

that  judge Skretny knows that judicial decisions and orders obtained by fraud and perjury, are

void as a matter of law.-after all he was not born last week.

The relief Appellant sought in this claim is the same that had already been granted and was not acted upon at the time, because Appellee Miller Esq was drowning the case in crimes,: perjury, obstruction, deceit, false pretenses, and more., with the exception of the monetary amounts of damages sought . (Ex 11)

This state court order could now be moved into this Court pursuant to the Supreme Courts Holding of parallel jurisdiction as articulated in *Exon Mobil Corp et al v Saudi Arabia Indstries Corp et al. , 544 U.S. 280 (2005)*

Appellant has not yet formed an opinion whether the prior order (Ex 11) should be the decisional order for this Court, or this Court should reinstate the district court claim dismissed by the western region district court.. **What is absolutely imperative is that this matter be remanded to the eastern region district court in White Plains NY.**


## RICO

18 U.S.C.A # `1961 describes two categories of association that come within the purview of the enterprise and "racketeering activity "definition . First corporations and partnerships , and other legal entities The second covers any group of individuals associated in fact although not a legal entity.

Racketeering activity means among other : mail fraud, wire fraud , obstruction of justice. "Patterns of racketeering activity " requires at least two acts of racketeering , 10 years apart. RICO activities seriously affect interstate commerce.

"Any person injured in his property by reason of a RICO violation , may therefore sue in any appropriate US district court and shall recover threefold the damages he sustains and the cost

of the suit including attorney's fees "That benefit seems very appropriate and much deserved considering all the racketeering that Appellant had endured for this very long time. The Appellees have continuously have continuously engaged in willful acts of corruption , cronyism and intimidation which distort or impede the administration of law. The Supreme Court has held RICo conduct interferes with the courts ability to implement its judicial obligations. *Now v Scheidler , 510 US 249.*

## APPELLANT HAS SUFFERED MAJOR FINANCIAL LOSES DUE TO THE BANK THEFT, FRAUD AND THEIR CORRUPT, LYING A TTORNEYS

Appellant was very significantly affected by the  theft of her funds , as in addition to not having them for use, these funds  were well invested with  Merrill Lynch  and generated income that was needed as well.

Furthermore Appellant has spent a great deal of money in legal fees and costs , and in Appellants  complaint (Ex 37) she asked for compensatory damages from all the miscreant liars and perjurers , but de facto HSBC and M&T banks are the  respondeat superior for all the criminal acts, the delays, the bamboozling and exploitation of the judicial system, all  harms harms that they caused Appellant –not limited to the  economic loss, but also  the routine defamation of the Appellant with lies , perjury and the like, and a host of other ills that a RICO conspiracy can deliver to an adversary.

## CONTINUOS OBNOXIOUS OBSTRUCTION; ONE COURTS REMEDY CHAMBERS   v   NASCO

*Chambers v NASCO, 501 US 32 ,* has many common elements with the present matter: The legal and judicial exploitation , the shenanigans and  the cost to the victim and the  public. Mr. Chambers sold a business to Nasco, but then changed his mind about the sale When he could

not reverse the sale in a lawful and civilized way , he turned to harassment and legal shenanigans
fraud, lies, exploitation  just like the Appellees in the present matter. There were  court  actions
in various  courts and the federal communications Commission.

The court noted  the offenses by Mr. Chambers: (1) Attempting to deprive the court of
Jurisdiction through many acts of fraud in the court and outside the court, (2) filed false, and
Frivolous pleadings, (3) attempted by either and all means to delay , oppress , harassment , other
tactics of delay , fraud and deceit to reduce the defendant to exhausted b compliance, and ordered
Mr, Chambers to pay NASCO one million dollars.

The present matter is very much on point with *Chambers,* and Appellant asks the Court
to apply the Chambers standard and include extra accountability for the Appellees.


## THE  CORRUPTION  OF  HSBC AND  M&T OFFEND  THE  CONSTITUTIONS
## COMMERCE  CLAUSE

Article I Sec. 8 of the Constitution , known as the commerce clause, enables Congress
to regulate the free flow of commerce between the states, what helps  and what hinders., what
commerce requires regulation and  what does not . In *United States v Lopez 514 US , 557* while
the Supreme Court was asked whether gun control on school property affects and offends the
commerce clause, the Court was undecided, and  let the matter stay as state issue.

But banks , especially national banks are fiduciary institutions are responsible to the
Treasury department  and other agencies. The billion dollar corruption scandal  involving HSBC,
and consumer fraud, is being prosecuted  by the Justice Department . The other claim against
HSBC for laundering illegal drug money from drug cartel is part of the DEA prosecution.
These are deviant acts that surely interfere with interstate commerce.

## APPELLANT WAS DENIED PROCEDURAL DUE PROCESS RIGHTS

While it is clearly evident in the Buffalo district courts incoherent order (Ex 38) that the court, judge Skretny copied his order from a script for an order that Appellees provided .Even if he ill, has a substance issues problem, or is otherwise impaired, he is unlikely to jump in his order incoherently from 1985 to 2006, mention 1987, and 2002. This is especially note worthy since Appellees did not file a reply to Appellant's complaint in the court clerks office to be placed on the docket. ,Appellant had sought help from this Court about that.Therefore the order and dismissal by the district court is the result of a private arrangement or get together , or submission. It is Appellees desired order provided to district court judge Skretny to be copied and signed is incoherent No surprise – no mention about Appellants complaint .Hopefully this Court agrees that this is a very disturbing event –a fraud on the courts which must be vacated.

Judge Skretny surely knows and or remembers the Constitution,-he took an oath to uphold it and the due process rights, and the holdings of the United States Supreme Court , which has repeatedly held that an order from court obtained through fraud on the court is invalid , as this one is . Does he not know what perverted liars these attorneys like Mr. Powers Esq. are? Perhaps he is naïve. and does not know., or does not care

Judge Skretny denied Appellant her constitutionally mandated procedural due process rights when there is a property interest at stake :Appellants stolen funds .are such a right.

In *Perry v Sinderman , 408 US 593* the Court held "we have made it clear in : *Board of Regents v Roth 408 US,364* , that property interests subject to due process are not limited by a few Technical rigid forms. Rather property denotes a broad range of interests that are secured by existing rules of understanding ."*Goldberg v Kelly , 397 US 254.*

The fraudulent order and violations of Appellant's constitutional rights are two of several other reasons why this Court must vacate the limping order by the district court in Buffalo NY, and remand to the district court in White Plains NY.

39

## CONCLUSION

In the Statement of the Case Appellant outlined the facts of the case -and supported by all the possible evidence throughout –that she had been a victim of bank fraud perpetrated by HSBC (MM) and M&T banks who stole her funds through forged checks. Though strictly liable by law to compensate Appellant promptly, these Appellees-banks and their corrupt , lying , perjuring , forgers and all around racketeering attorneys , part of a RICO enterprise that represent them, had created a criminal enterprise-a parallel universe , through lying to the courts about 30 of them , brazen repeat perjury , they fabricated documents, events, and "facts"A major perpetrator and long term liar HSBC general counsel Scott Miller had flooded this case for many years with lies and perjury to the courts that were astounding. There are others in this matter as well, that are such shameless lying miscreants , continuously bamboozling the courts.

The Court is asked to vacate the order by the Buffalo district court judge Scretny because it is fraudulent and incoherent. The Supreme Court has held that orders obtained through fraud must be vacated. It appears that he is either incapacitated and ill, or succumbed to the lies of the Appellees who did not file a reply to the claim, but rather gave judge Skretny a script .of what he Should write and dismiss. Appellant has provided a long deconstruction of the dismissal and the order (Ex 35, 38)

Ex 11 is a valid pristine order by a court of competent jurisdiction , <u>awarding Appellant summary judgment for the stolen funds and a trial for damages , This Court is asked to bring it current and implement its decision.</u>

This Court is also asked to remand this matter to the district court in White Plains NY.

40

## RULE 32 (a) (7) CERTIFICATE OF COMPLIANCE

Appellant Pepi Schafler hereby certifies that this opening brief is in compliance with the word count provided for in the above noted rule and contains 10.453 words.

August 28, 2012                                        Dr. Pepi Schafler, JD.

# IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## CERTIFICATE OF SERVICE

Appellant-Plaintiff hereby states under oath that a copy of the foregoing was mailed by First

Class United States Mail from the Main Post Office in Potomac ,Maryland to the following

Defendants-Appellee and their attorneys.

:

| | |
|---|---|
| HSBC bank USA, Paul J. Lawrence Pres<br>Defendant-Appellee | counsel Sean C. McPhee. Esq<br>Phillips Lytle<br>3400 HSBC Center<br>Buffalo NY, 14203 |
| Scott D. Miller Esq.<br>Defendant-Appellee | counsel: Sean C. McPhee Esq.<br>Phillips-Lytle<br>3400 HSBC Center<br>Buffalo NY 14203 |
| M&T Bank , Robert Wilmers Pres.<br>Defendant-Appellees | counsel   Kevin M. Kearney Esq.<br>Hodgson Russ<br>140 Pearl Street<br>Buffalo NY 14202 |
| Hodgson Russ<br>Defendant-Appellee | counsel Kevin M. Kearney Esq<br>Hodgson Russ<br>140 Pearl Str<br>Buffalo NY , 14202 |
| Cheryl R. Storie<br>Defendant-Appellees | counsel Kevin M.Kearney Esq.<br>Hodgson Russ<br>140 Pearl Street<br>Buffalo NY, 14202 |
| Phillips Lytle<br>Defendant –Appellee | counsel Sean McPhee Esq.<br>Phillips Lytle<br>3400 HSBC Tower<br>Buffalo NY, 14202 |
| Michael Powers<br>Defendant –Appellee | counsel Sean McPhee<br>Phillips Lytle<br>Buffalo NY 14203 |

Signed: Dr.Pepi Schafler JD

August 31. 2012.

42

**DR. PEPI SCHAFLER, MSS, JD**
**10829 BREWER HOUSE ROAD**
**NORTH BETHESDA, MD 20852**
**Tel: 301-881-7079**
**dr.pepi.schafler@verizon.net**

**September 23, 2012**

**Case No: 12-679**

Clerk of the Court
Att. Ms. Deborah Holms Case Manager
United States Court of Appeals
For the Second Circuit
40 Foley Square
New York, NY 10007

Dear Ms. Holms:

Enclosed find six new copies of the Appendix. The pages are numbered, and there are 264 pages and new cover pages .for the brief.

Yours Truly

Pepi Schafler

RECEIVED
12 SEP 27 PM 2: 42
U.S. COURT OF APPEALS
SECOND CIRCUIT